# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, et al., | Case No. 18-cv-06855-VC |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| CODY MICHAEL O'KEEFE, | |
| Defendant. | |

Pursuant to the agreement of the parties at the June 12, 2019, case management conference, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 12, 2019

_____
VINCE CHHABRIA
United States District Judge